[No. 40843-1-II. Division Two. April 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY LEE TAFT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01933-2, Wm. Thomas McPhee, J., entered May 25, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong, J.; Quinn-Brintnall, J., concurring separately in the result only.

[No. 41417-1-II. Division Two. April 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES R. VAN RENSELAAR, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00095-1, Richard L. Brosey, J., entered November 3, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 41600-0-II. Division Two. April 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA S. VILES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00382-1, Richard L. Brosey, J., entered December 15, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.